**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                          :
                                                :
                                                :      Chapter 7
    Julianne Michelle Reeves,                   :
                                                :      Case No. 22-10353 (MG)
                                                :
                            Debtor.             :
------------------------------------------------------------x
                                                :
Karl Reeves,                                    :
                                                :
                            Plaintiff,          :
                                                :      Adv. Proc. No. 23-01028 (MG)
         - against -                            :
                                                :
Julianne Michelle Reeves and Joshua A. Douglass,:
                                                :
                            Defendants.         :
------------------------------------------------------------x
```

## ORDER ISSUING SANCTIONS AGAINST DEFENDANT JOSHUA A. DOUGLASS

On April 1, 2024, the Court held a damages inquest ("Inquest") to determine the amount of recoverable damages to be awarded to plaintiff Karl Reeves ("Plaintiff" or "Karl") against defendant Joshua A. Douglass, Esq. ("Defendant" or "Douglass") on Count 3 (Fraud on the Court) of an adversary complaint ("Complaint," ECF Doc. # 1) filed in the chapter 7 case of Julianne Reeves ("Julianne") on March 22, 2022. An opinion determining Douglass' liability to Karl Reeves was entered on April 8, 2024. (ECF Doc. # 58.) A judgment awarding damages in the amount of $45,691.70, plus post-judgment interest, was entered on April 16, 2024. (ECF Doc. # 60)

During the Inquest, in which Douglass appeared *pro se*, Douglass repeatedly engaged in improper conduct despite numerous warnings from the Court. Based on these repeated acts of

misconduct, the Court imposed monetary sanctions on Douglass on 10 separate occasions during the Inquest at $100.00 each, resulting in a cumulative total of $1,000.00.  (*See* Transcript of Hearing on April 1, 2024 (ECF Doc. # 61), at 18, 19, 22, 23, 28, 32, and 39.)

**NOW, THEREFORE, IT IS HEREBY ORDERED** that, within fourteen (14) days from the date of this Order, Douglass is directed to pay to the Clerk of the United States Bankruptcy Court for the Southern District of New York, the sum of $1,000.00.

**IT IS SO ORDERED.**

Dated:  April 17, 2024
  New York, New York

  /s/ Martin Glenn
  MARTIN GLENN
  Chief United States Bankruptcy Judge

2